Sonni I. Wilson, pro se.

Before WILLIAMS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Sonni I. Wilson, a West Virginia prisoner, filed a petition for a writ of mandamus alleging undue delay in the district court. Wilson filed a habeas corpus petition pursuant to 28 U.S.C.A. § 2241 (West 2000) on March 10, 2000. The district court filed a show cause order. The Respondent and the Petitioner have responded. In addition, the district court has denied four other motions filed by the petitioner, one was denied as recently as November 28, 2000.

**In re Sonni I. WILSON, Petitioner.**

No. 00–7536.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 20, 2000.

Decided Jan. 8, 2001.

The writ of mandamus is a drastic remedy and should only be granted in

those extraordinary situations when no other remedy is available. *In re: Beard,* 811 F.2d 818, 826 (4th Cir.1987). Because there has been recent, significant action in the case, we find that there has been no undue delay in the district court. We therefore deny this petition without prejudice. We grant Wilson's motion to proceed in forma pauperis in this court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*